Gillion *vs.* Massey.

After the usual certificate by the Judge, came all the pleadings and a brief of the evidence, *pro* and *con,* annexed to the bill of exceptions, and on it, was the agreement of counsel that it was correct, and the acknowledgment of the service of the bill of exceptions.    After all this, was other evidence and copies of the records and judgment of the Court.    The whole was attached together and certified by the Clerk ; but none of this evidence was "identified as true, by the signature of the Judge thereupon," as is required by the 10th Rule of the Supreme Court.    (See 38th Ga. R., 689.)

DOYAL & NUNNALLY, PEEPLES & STEWART, JOHN L. DOYAL, for plaintiff in error.

D. J. BAILEY, by A. W. HAMMOND, for movant.

The following cases were dismissed, upon the same grounds :

JOAB J. GILLION, plaintiff in error, *vs.* D. W. MASSEY, defendant in error.

1. The error assigned in this case was the refusal of a new trial, upon various grounds.    The evidence was not incorporated in the bill of exceptions, nor was any reference made to the evidence, except averrments in the motion for a new trial, that the Court erred in admitting certain evidence, therein stated.    The grounds for the new trial all depended upon the evidence had below.

STROZIER & SMITH, LOCHRANE & CLARK, for plaintiff in error.

WARREN & WARREN, D. A. VASON, for defendant.